AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>Dennis Patrick Reid<br><br>*Defendant(s)* | Case No.<br>1:21-mj-391 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 27, 2021 to the present__ in the county of __Kent__ in the __Western__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C §2422(b) | Using any facility or means of interstate commerce to knowingly persuade, induce, entice or coerce a minor to engage in any criminal sexual activity, or attempting to do so |
| 18 U.S.C §2423(b) | Traveling in interstate commerce with a motivating purpose of engaging engaging in any sexual act, as defined in Section 2246, with a person under 18 or attempting to do so |

This criminal complaint is based on these facts:

See attached continuation

☑ Continued on the attached sheet.

The Court processed the complaint remotely.  The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail).  The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail).  The process complied with Rules 3 and 4.1.

*Scott Bauer*
*Complainant's signature*

SA Scott Bauer, HSI
*Printed name and title*

Date: July 28, 2021

City and state: Grand Rapids, Michigan

*Judge's signature*

Sally J. Berens, U.S. Magistrate Judge
*Printed name and title*