**CONTINUATION OF APPLICATION FOR A CRIMINAL COMPLAINT**

I, Scott Bauer, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**INTRODUCTION, AGENT BACKGROUND, AND PURPOSE OF THE WARRANT**

1.      The facts of this case, as more fully detailed below, reveal that on or about July 29, 2021, the user of Motherless.com account "**Daddyshere_2012**" and Tox account, "**Daveopen**," and identified as **DENNIS PATRICK REID**, will travel by vehicle to Grandville, MI from Oskaloosa, IA to engage in sexual intercourse with a minor. Specifically, **REID** believes he will be engaging in sexual intercourse with a 12-year-old girl on July 30, 2021.  This crime was facilitated via the use of the Internet with communication beginning in May of 2021.

2.      I am familiar with the information contained in this continuation based upon the investigation I have conducted and based on information provided to me by other law enforcement officers.

3.      The facts in this continuation come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Since this continuation is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause.

4.      I, Scott Bauer, am currently employed as a Special Agent with Homeland Security Investigations (HSI) and have been so employed since March of 2012.  I am

currently assigned to HSI Grand Rapids, MI.  As an HSI Special Agent, I have investigated (among other crimes) criminal violations of U.S. Customs laws, and federal child sexual exploitation violations, to include those involving the use of the Internet and interstate communications.  I have received training in the investigation of child sexual exploitation and I have conducted numerous investigations relating to sexual crimes against children through the use of the Internet.  As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

5.     Prior to employment with HSI, I was a Special Agent with the United States Department of the Interior (DOI) Office of the Inspector General (OIG) for approximately four years, focusing on the investigation of fraud, public corruption, and cyber-crimes, to include investigations relating to child sexual exploitation. Prior to employment with the DOI OIG, I was a Police Officer with the City of Casselberry, Florida for approximately two years and eight months.

6.     This affidavit contains information necessary to support a finding of probable cause to charge **DENNIS PATRICK REID** for violations of 18 U.S.C. § 2422(b) and 18 U.S.C. § 2423(b).   18 U.S.C. § 2422(b) makes it a crime to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so.  18 U.S.C. § 2423(b) makes it a crime to travel in interstate commerce for the purpose of engaging in illicit sexual conduct, or attempts to do so.

7.     It is a criminal sexual conduct in the first degree to engage in sexual penetration with another person who is under 13 years of age, in violation of Michigan penal code § 750.520b.  "Sexual penetration" means sexual intercourse, cunnilingus, fellatio, anal intercourse, or any other intrusion, however slight, of any part of a person's body or of any object into the genital or anal openings of another person's body, but emission of semen is not required.  It is criminal sexual conduct in the second degree to engage in sexual contact with another person who is under 13 years of age, in violation of Michigan penal code  § 750.520c. "Sexual contact" includes the intentional touching of the victim's or actor's intimate parts or the intentional touching of the clothing covering the immediate area of the victim's or actor's intimate parts, if that intentional touching can reasonably be construed as being for the purpose of sexual arousal or gratification, done for a sexual purpose.

8.     All grammatical errors in the quoted communication between the target and SA Bauer detailed in this affidavit are from the original communication.

## FACTUAL BACKGROUND OF INVESTIGATION

9.     On May 27, 2021, HSI Grand Rapids Special Agent (SA) Bauer, acting in an undercover (UC) capacity, entered the Motherless.com chatroom (SA Bauer maintained an undercover account on Motherless.com that described SA Bauer as a single female and suggested the user had a child).   SA Bauer received a private message from Motherless.com user **Daddyshere_2012** who identified himself as a 46-year-old male from Iowa.  Among other things, SA Bauer and the target initially spoke about incest, sex, and being "open minded."   Regarding sex, the target advised age didn't matter and

wrote, "and who better to teach them then mom and das."  SA Bauer informed the target he was the mother of a 12-year-old girl named Jill.

10.     The target later stated he had one daughter who was 20 years old and wrote, "Unfortunately I didn't get to teach her."  The target would later state, "I would have loved to have taught my daughter."  At the suggestion of the target, the conversation moved to Tox and the vast majority of communication then occurred via the Tox message platform. The target's Tox username was "**Daveopen**."

11.     The target stated he previously engaged in a sexual relationship with a 14-year-old girl who was the daughter of a friend who lived near him at the time.  The target stated he "taught her oral, and how to relax and enjoy her body and her partner."  The target would later state he maintained a two-year relationship with this girl and still kept in contact with her and her mother.   The target advised the girl is now 18 and sends him "naughty pics."

12.     According to the target, the girl and her mother now live in Arizona, though they were in Iowa to visit in approximately 2020.  The target also advised he and this girl had a pregnancy scare when she was 15 years old.  The target stated the girl told him she had been attracted to him since she was 10 or 11 years old and added, "Wish I would have known lol."

13.     On May 27th, the following communication occurred between SA Bauer (UC) and the target referring to the UC persona's 12-year-old daughter:

**Daveopen:** If I was teach her I'd want you there

**UC**: If you were to teach her I'd want to be there

**Daveopen**: Is she budding well yet?

**UC**: not yet

**UC**: I was a late bloomer too

**Daveopen**: Still flat, extreamly tight too im sure

**UC**: I know she's flat

**UC**: cant speak for other

**Daveopen**: Might take several nights to get all the way inside her

**Daveopen**: Even with lots of oral and fingering

**Daveopen**: Lube would be beneficial

14.     Later in the conversation, the target stated, "There is one thing though, especially the firsr time, I need to cum inside her."  In a later conversation, the target wrote, referring to the UC persona's daughter, "If she is fingering it will be easier to get inside her.  A 12 yr old will be very tigt. Tight."

15.     On May 28th, the following communication occurred:

**Daveopen**:  Unfortunately a big majority of the people you meet online are wierdos

**Daveopen**:  Predators even

**UC**:  yeah makes me nervous

**Daveopen**: It should and I completely understand.  To be honest it makes me nervous too

**Daveopen**: Especially when society lumps it all together, im considered a wierdo because I like younger lady's as well. Hate the P word.

**UC:**  predator?

**Daveopen:** Pedophile

**UC**:  oh yeah that makes more sense

**Daveopen:** Yeah. I'm a bit more open minded. As long as it's all consensual I'm ok with it. And who says that someone younger can't enjoy it with someone older and more experienced

16.    The following communication occurred on May 28th :

**Daveopen:**  Have you ever seen any vids or pics of a man inside a younger lady?

**UC**:  nope

**Daveopen**:  I've seen a your daughters age, it's amazing.  Have seen a lil older for real 😋

**UC**:  where did you see it for real?  I wouldnt even know where to find that lol

**Daveopen**: The one I taught, but it was me inside her. Back when Yahoo Messenger was big it was all over there. Hard to come by now and I don't look for it. So dangerous

17.    While discussing his intentions with the UC persona's 12-year-old daughter, the following communication occurred:

**Daveopen:** Once we're in the bedroom I slowly lean in and start to kiss her gently. Letting her experience the sensation of being kissed and moving to a more passionate kiss

**Daveopen:**  Where I will start to let my hands wander, exploring her and gage her reaction to being touched

**UC:** :)

**Daveopen:** When it's time I'll slide my hand up her shirt and start to excite her lil nipples feeling them getting hard and her breathing starting to race

**Daveopen:**  Then slowly slide off her shirt and have her help me remove mine as we start to kiss and caress again, but this time letting my hand slide in her panties

**UC:**  :)

**Daveopen:** Where I'll slowly caress her hard lil clit. Most likely hearing her whimper into our kiss and embrace

**Daveopen:** As I feel her starting to get moist I'll slowly start to slide off her pants/shorts and panties

**Daveopen:**  And then I will slowly undo my jeans showing my bulge

**UC:**  :)

**Daveopen:** Then slowly slide down my boxers exposing my hard man cock to her

**Daveopen:**  Letting her take in the view

**Daveopen:**  Then slowly guild her hand to it, so she can explore and discover my hardness for her

**Daveopen:** After she has had her fill of exploring me I will slowly start to kiss her again as I lay her back

**Daveopen:** Then I will slowly kiss my way down to her hard tiny nipples playing and teasing them

**UC:** :) - sorry for all the emoticons but I dont wanna interrupt :)

**Daveopen:** Then slowly kiss my way down further and further as I part her lil legs until I reach her lil treasure, slowly sliding my tongue softly over her hard lil clit, tasting her sweet young juices

**Daveopen:** Hope you like it

**UC:** I do!

**Daveopen:** Exciting you as well I hope

**Daveopen:** Then taking her lil clit between my lips,

**Daveopen:** Gently sucking and flicking it with my tongue

**Daveopen:** Till I feel her wetten even further

**UC:** :)

**Daveopen:** Then as I lick, suck and caress her lil clit I will slowly slide the tip of my finger inside her lil opening

**Daveopen:** Sucking faster harder caressing her clit as I slowly push my finger deeper and deeper inside her, till I teach her lil hymen

**Daveopen:** Moving my finger in and out slowly as I suck and lick up her sweet juices

**Daveopen:** Gradually going faster and faster without breaking her hymen, hearing her whimpering moaning squealing

**Daveopen:** Her lil body squirming

**UC:**  :)

**Daveopen:** Until she finally is given her first orgasm,

**Daveopen:** Seeing her lil body stiffen, trash and climax never stopping on her lil pussy

**Daveopen:** Until she falls from her climax

**Daveopen:** Letting her catch her breath as I kiss her face

**Daveopen:** Once she has her composure back I'll will position myself between her legs rubbing my man cock on her lil pussy, sitting back for you both to see

**Daveopen:** Putting the tip between her tiny lips

**UC:** :) :)

**Daveopen:** The rest will have to be experienced for real ;)

18.     On June 3rd, the target stated, "After the first time or two thought about trying different positions, maybe let her try oral on me."  The target later stated, "I'm hoping the most uncomfortable/painful part will be breaking her hymen and that it passes quickly" followed up with "and I won't use my finger to do that."

19.     The target stated he enjoyed being with "young girls but only if they are willing" and that he would engage in sexual acts with girls younger than 12 years old. On July 1st, the target wrote, in part, "If it feels right to them they can be sexual at 6 if they want.  There's no magic age."

20.     The target planned to drive to Michigan from Iowa after work on July 29th. Because he would be arriving late in the evening, he planned to get a hotel room for the

evening of July 29th.  The target advised he was a rewards member with Best Western. The target sent a picture of his vehicle, shown below:



21.     The target stated he prepared the vehicle for the trip by "changing all the fluids" and getting a "tune up."

22.     On the morning July 30th, SA Bauer and the target planned to meet for a cup of coffee at Russ' Restaurant, located at 2340 29th Street SW in Wyoming.   The target would then follow SA Bauer home to where the 12-year-old girl would be waiting.  The target planned to stay with the UC persona and daughter through Sunday, August 2nd and engage in sexual conduct with the 12-year-old throughout the weekend.  The target discussed coming back to Michigan during the weekend of August 13th as well to do the same.

23.     On June 4th, the target sent a screenshot that depicted a booking confirmation for the Best Western Plus located at 3825 28th Street in Grandville.

24.     On June 7th, the target wrote, referring to the UC persona's daughter, "Did you tell her I have taught another young girl, or that I like young girls?"  The target later wrote, "After, I want to cuddle with her, make her feel safe and loved.  Fall asleep like that.  For her to wake up safe in a man's arms."  The target also later expressed his desire to sleep in bed with the girl.

25.     Throughout the conversations, the target expressed his interest in flying remote-controlled airplanes and advised he planned to bring one or two such planes.  The target wrote, "Besides flying and sex, is there something else you guys would like to go do?" Later adding, "There's going to have to be recovering time for her lil pussy with her being so petite."

26.     On June 15th, the target wrote, "Oh yeah, there is a girl I have been chatting with for a lil over a year now. Well not a girl she's 19. But her and her dad started when she was 12. I didn't say anything about you and Jill, but I asked her if I ever had the opportunity to teach a 12yr old if she had any advice.  It was what we have talked about, but she said once her dad got all the way inside her she wished he would have just left it in her for a bitbto let her adjust to a man sized cock."

27.     Later on June 15th, the target, referring to the UC persona's daughter, wrote, "Hopefully she warms up to me very quickly and going to her bedroom within 30min to and hour after we get there 🙂" later followed with, "Be inside her a lot that first day."

28.     When asked what he was most looking forward to physically, the target wrote, "This is going to sound selfish, but pushing the head of my man cock inside her

lil 12yr old pussy, feeling her stretch and grip it, then feeling her young lil 12yr old pussy
so tight around my cock." The following exchange later took place:

> **Daveopen:** Not sure if I'm going to suggest her giving me oral this visit
>
> **UC**: whys that
>
> **Daveopen:** Don't want to overwhelm her.
>
> **UC:** up to you
>
> **Daveopen:** But the idea of seeing her sucking me is super hot
>
> **UC:** well its up to you

29.    In an earlier conversation, the target sent a picture of his erect penis. The
target later stated, "If she's still up you can show her my southern pic and tell her that's
me thinking about her lol."

30.    On June 23rd, the target wrote, in part, "Am I still nervous and a little scared
this I a sting, of course, a lil." In a subsequent conversation at a later date the target wrote
in part, "Oh and hope this isn't a sting." On multiple occasions the target expressed his
concern the SA Bauer was involved in law enforcement, including having a "nightmare"
that he was being arrested and stated, "Went they put the cuffs on me I woke up." The
target also expressed his concern SA Bauer was a "vigilante."

31.    Throughout the communication, the target expressed his desire to make the
relationship between him and the 12-year-old girl a long term relationship. On June 25th,
the target wrote, "It's scary, I wad thinking that last night. It's going to be a lot for her to
take in. And I don't want her to think I'm just there to fuck on her. This is an emotional
experience as well." The target later wrote, "I will admit that there is a separate desire to
be with young yes."

32.   On June 28th the target purchased a necklace for the 12-year-old girl, and sent the below photo.  The target stated he planned to give the necklace to the girl on the evening of July 30th before taking the mother and daughter out for dinner.



33.   On June 29, the following exchange occurred in reference to the plan once the target arrived at the undercover persona's house on July 30th :

**Daveopen:**  15min and go to her room and start

**UC:**  :)

**UC:**  what will happen during those 15 min

**Daveopen:** Kitchen for hot water for the lube then her room

**UC:** :) dont forget to pack that too!

**Daveopen:** That's a must to get my cock inside her

**Daveopen:** Even if she can get wet

**UC:** yeah will need to use a lot of that

**Daveopen:** Several bottles if she was younger lol

**UC:** ?

**Daveopen:** Well from what I hear most 12yr olds can get wet, after the first few times we may not need it. But let's say she was 10 we'd need to use lube every time

34.     On July 2nd the target wrote, "By this time in 4 weeks your lil girl won't be a virgin anymore."

35.     On July 8th, while again discussing the plan for arriving at the UC persona's home on July 30th, the following exchange occurred:

**UC:** oh step 1 he's real, step 2 he's clean

**Daveopen:** I'm sure it's on some kind of form

**UC:** ok

**UC:** not oh

**UC:** lol

**Daveopen:** Step 3 make sure Jill is comfortable

**UC:** :)

**UC:** whats step 4????

**Daveopen:** Go to the bedroom 🙂

**UC:** and step 5????

**Daveopen:** Start kissing

**UC:** :)

**Daveopen:** 🙂🙂

**Daveopen:** Not gonna ask 6? Lol

**UC:** was just waiting for you to go with it lol

**Daveopen:** Slowly undress her and let her undress me

Daveopen: As we kiss

**Daveopen:** 🙂

**UC:** :)

**UC:** didnt want to interrupt

**UC:** well Im gonna sneak out of here early

**Daveopen:** Lol,

**Daveopen:** I was typing it but ok 😁

**UC:** type!

**UC:** I'll wait a few lol

**Daveopen:** Slowly guide her hand to my hard cock, let her explore and teach her how to stoke a man

**Daveopen:** See the wonder in her eyes

**Daveopen:** Then lay her down, kissing my way to her flat lil nipples

**Daveopen:**  Once she is ready I sit up rubbing my cock on her lil clit caressing her sweet lil face

**Daveopen:**  With the other hand luring up my throbbed cock

**Daveopen:**  I pull back as I open her lil folds

**Daveopen:**  Rubbing the head of my cockover her lil opening

**Daveopen:**  Then ever so slowly,  gently apply pressure against her

**Daveopen:**  Watching the tip of my hard cock dip just ever so inside her

**Daveopen:**  Slowly pressing more gently

**Daveopen:**  Inserting the head of my member just inside her

**Daveopen:**  Hearing her whimper and moan as her lil opening grips the head of my cock

**Daveopen:**  🙂

36.    During the course of communications, SA Bauer informed the target that a recent STD test or condoms would be needed to ensure the target would not transmit any diseases to the minor.  The target was adamant about not using condoms and stated he was tested for STDs on July 12th.

37.    On July 12th, the target asked if the 12-year-old girl showered in the mornings or evenings.  SA Bauer informed the target the girl showered in the morning to which the target replied, "Perfect."  When asked why this perfect, the target replied, "Well, want her fresh for when I go down on her."

38.    The target agreed to bring his STD results, personal lubricant, a bottle of wine for SA Bauer, a necklace for the girl and a canvas bag he stated he purchased for the

trip.  The target also advised he planned to bring one or two remote-controlled airplanes.

The target sent SA Bauer pictures of the bag and lubricant, shown below:



**SUMMONS TO MOTHERLESS.COM**

39.     On May 28, 2021, SA Bauer served a DHS summons to Motherless.com

requesting subscriber information related to user **Daddyshere_2012**.  On May 28, 2021

Motherles.com responded and provided the following information:

a.     Date Joined Nov 2nd, 2012

b.     Date Last Login May 18th, 2021

c.     IP Joined 184.63.17.188

d.     IP Last Login 70.39.16.188

e.     Email Address denpr05@live.com

f.     A log of user logins detailing dates/times and IPs.

40.     Via publicly available internet research, the IP address **70.39.16.188** was determined to be associated with Mahaska Communication Group.

## SUMMONS TO MAHASKA COMMUNICATION GROUP

41.     On June 2, 2021, SA Bauer served a DHS to Mahaska Communication Group requesting subscriber information related to **70.39.16.188**. On June 17, 2021, Mahaska provided the following information:

a.     Subscriber: Michelle Reid

b.     Service Address: 2634 Luminary Ln, Oskaloosa, IA 52577

c.     Billing Address: 2634 Luminary Ln, Oskaloosa, IA 52577

d.     Account Status: Active. July 16, 2020 – Present

## SUMMONS TO BEST WESTERN PLUS

42.     On June 24, 2021, SA Scott Bauer served a DHS summons to the Best Western Plus hotel located at 3825 28th Street SW, Grandville, MI 49418. The summons requested the guest manifest between July 26 and July 30, 2021.

43.     According to the documents obtained from Best Western Plus, Dennis REID made a reservation on June 4, 2021. This reservation was for one night, checking in July 29th and checking out July 30th.

44.     The address listed on the reservation was 2634 Luminary Lane, Oskaloosa, IA 52577 with a phone number of 641-660-0121.

## IDENTIFICATION OF DENNIS PATRICK REID

45.     The target identified himself as a 46-year-old male living approximately an hour southeast of Des Moines, IA and sent several images purported to be him. The

target also stated his birthday was during the first week of July (later determined to be July X, 1974)[1].  All photographs appeared to be of the same individual, with one photograph of the target holding a piece of a paper with the UC persona's name and date the photo was taken.

46.     The target repeatedly spoke about his hobby of flying remote-controlled airplanes and sent numerous photographs of these airplanes.  On June 3, 2021, the target sent a photograph of a remote-controlled plane with a vehicle in the background bearing an IA license plate.

47.     This vehicle was found to be registered to an uninvolved individual in Oskaloosa, Iowa, who was identified as a participant in the remote-controlled airplane community. The Facebook page of this individual was located, and a review of his "friends" discovered Dennis REID at www.facebook.com/dennis.reid.75.

48.     On REID's Facebook page, SA Bauer discovered several of the same pictures sent to SA Bauer by the target.

49.     A search of Accurint for Dennis REID revealed a full name of **DENNIS PATRICK REID** with address of 2634 Luminary Lane in Oskaloosa, IA. According to Google Maps, Oskaloosa is approximately an hour and six minutes southeast of Des Moines.

---

[1] I am not disclosing REID's full birthday to protect his personally identifiable information.

50.     The target sent a photograph of a blue Ford F-150 pickup truck he claimed was his vehicle.  A 2010 blue Ford F-150 bearing IA license plate JLP775 was registered to REID at 2634 Luminary Lane in Oskaloosa, IA.

51.     As previously detailed, a reservation for Dennis REID was located at the Best Western Plus in Grandville, with 2634 Luminary Lane in Oskaloosa, IA listed as his address.

52.     On July 16, 2021, the target sent a picture of his state of Iowa issued Commercial Driver's License with the address redacted.  The target told SA Bauer he would be sending his STD test results and wanted to show the names matched.  The name on the license of was **Dennis Patrick REID** with a date of birth of July X, 1974 and is pictured below:



53.     On July 16, 2021 the target sent multiple pictures the results of an STD test, with Dennis REID listed as the patient.

## BACKGROUND ON MOTHERLESS.COM

54.     Motherless.com is free website that allows users to create profiles and post pornographic videos and pictures based a variety of sexual interests. Motherless.com members may also conduct a search for videos and pictures posted on the website using a keyword search. The main page of Motherless.com reads, "Motherless is a moral free file host where anything legal is hosted forever!  All content posted to this site is 100% user contributed. All illegal uploads will be reported.  If you want to blame someone for the content on this site, blame the freaks of the world—not us.  Feel free to join the community and upload your goodies.  While you're here check out the boards, chat, groups, galleries, videos and images."  Motherless.com members may also create and join a variety groups on the website based on their sexual interests, including over 100 groups. Motherless.com members may post advertisements in the website's "classified" section seeking to meet other members with the same sexual interests such as incest and rape.  In addition, Motherless.com members may use the website's chat room service and instantly communicate with other members.

## BACKGROUND ON TOX

55.     Tox is a messaging platform that is free to download by any user  Once the program is downloaded and installed, it allows users to communicate directly with each other in a one-on-one session.  Files, such as pictures and gifs for example, are able to be shared between users.

56.     According to the Tox website, Tox is, "A new kind of instant messaging. Whether it's corporations or governments, digital surveillance today is widespread.  Tox

is easy-to-use software that connects you with friends and family without anyone else listening in.  While other big-name services require you to pay for features, Tox is completely free and comes without advertising – forever."

57.    "Tox is made by the people who use it – people fed up with the existing options that spy on us, track us, censor us, and keep us from innovating.  There are no corporate interests, and no hidden agendas.  Just simple and secure messaging that is easy to use."

## REQUEST FOR SEALING

58.    I respectfully request that the Court issue an order sealing, until further order of this Court, all papers submitted in support of this application, including the application and continuation.  I believe sealing is necessary because premature disclosure of the contents of this continuation and related documents may jeopardize this continuing investigation by alerting the target and providing an opportunity to destroy evidence and/or flee.

## CONCLUSION

59.    Based on the foregoing, there is probable cause to believe that DENNIS PATRICK REID committed violations of 18 U.S.C. § 2422(b) and 18 U.S.C. § 2423(b), which makes it a crime to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so; and makes it a crime to travel in interstate commerce to engage in sexual conduct with minor or attempts to do so.