UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DENNIS PATRICK REID,

        Defendant.
_____/

No. 1:21-MJ-391

COMPLAINT
**PENALTY SHEET**

**CHARGE – Coercion and Enticement of a Minor** – 18:2242(b)

**Minimum penalty:** 10 years [Class A felony]

**Maximum penalty:** Life imprisonment and/or $250,000 fine [18:3571]

**Supervised Release:** 5 years to life [18 U.S.C. § 3583] (Class B Felony, 18:3559)

**Special Assessment**: [18 U.S.C. § 3013] $100

**Additional Special Assessment**: [18 U.S.C. § 3014] $5,000

**Restitution**: [18:3663; Mandatory 18:3663A]

**Other**: Sex offender registration

**CHARGE – travel in interstate commerce for the purpose of engaging in illicit sexual conduct** – 18:2423(b)

**Maximum penalty:** 30 years and/or $250,000 fine [18:3571]

**Supervised Release:** 5 years to life [18 U.S.C. § 3583] (Class B Felony, 18:3559)

**Special Assessment**: [18 U.S.C. § 3013] $100

**Additional Special Assessments** [18 U.S.C. § 3014] $5,000

**Restitution**: [18:3663; Mandatory 18:3663A]

**Other**: Sex offender registration

Date:  July 30, 2021                                    /s/Daniel Y. Mekaru
                                                        Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046