# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | Dennis Patrick Reid | Mag. Judge: | Sally J. Berens |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:21-mj-00391-SJB | 8/4/2021 | 10:05 AM - 10:33 AM | Grand Rapids | |

**APPEARANCES:**

| Government: Daniel Y. Mekaru | Defendant: Sean Tilton | Counsel Designation: FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Complaint | Read __  Reading Waived __ |

### TYPE OF HEARING
- __ First Appearance
- __ Arraignment:
  - __ mute    __ nolo contendre
  - __ not guilty    __ guilty
- __ Initial Pretrial Conference
- ✓ Detention  (waived __)
- ✓ Preliminary  (waived ✓)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- __ Other: ____

### DOCUMENTS
- __ Defendant's Rights
- ✓ Waiver of  Preliminary Hearing
- __ Consent to Mag. Judge for ____
- __ Other: ____

Court to Issue:
- __ Report & Recommendation
- ✓ Order of Detention
- __ Order to file IPTC Statements
- ✓ Bindover Order
- __ Order Appointing Counsel
- ✓ Other: Rule 5(f) Order

### CHANGE OF PLEA
Guilty Plea to Count(s) ____ of the ____

Count(s) to be dismissed at sentencing: ____

Presentence Report:  __ Ordered   __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION

### SENTENCING
Imprisonment: ____
Probation: ____
Supervised Release: ____
Fine: $ ____
Restitution: $ ____
Special Assessment: $ ____
Plea Agreement Accepted:    __ Yes   __ No
Defendant informed of right to appeal:   __ Yes   __ No
Counsel informed of obligation to file appeal:  __ Yes   __ No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detained | $ ____ |

**CASE TO BE:** Set for Hearing before Mag. Judge    **TYPE OF HEARING:** Arraignment/IPTC if Indicted

**Reporter/Recorder:** Digitally Recorded    **Courtroom Deputy:** J. Norton