UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                              Case No. 1:21−mj−391

v.                                    Hon. Sally J. Berens

DENNIS PATRICK REID,

    Defendant.
_____/

## ORDER HOLDING DEFENDANT
## FOR PROCEEDINGS BEFORE THE GRAND JURY

    The parties appeared before me on August 4, 2021 for a preliminary examination on the complaint, which charges defendant with using any facility or means of interstate commerce to knowingly persuade, induce, entice or coerce a minor to engage in any criminal sexual activity, or attempting to do so in violation of 18 U.S.C. § 2242(b), and traveling in interstate commerce with a motivating purpose of engaging in any sexual act, as defined in Section 2246, with a person under 18 or attempting to do so in violation of 18 U.S.C §2423(b). Defendant was represented by counsel and waived a preliminary examination on the record. Accordingly:

    IT IS ORDERED that defendant be and hereby is bound over for further proceedings before the grand jury pursuant to Fed. R. Crim. P. 5.1. An arraignment and initial pretrial conference if indicted, or status conference, is set before the undersigned on August 19, 2021 at 10:00 AM.

    IT IS SO ORDERED.

Dated:  August 4, 2021                /s/ Sally J. Berens
                                                    SALLY J. BERENS
                                                    U.S. Magistrate Judge